**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL STIVERS,
ADC #600740                                                                                                                              PLAINTIFF

v.                      4:15CV00331-SWW-JTK

RODNEY WRIGHT, et al.                                                    DEFENDANTS

**<u>ORDER</u>**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an <u>in forma pauperis</u> appeal from this Order and accompanying Judgment would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 19th day of October, 2015.


                                                            <u>/s/Susan Webber Wright</u>
                                                UNITED STATES DISTRICT JUDGE