# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MICHAEL STIVERS,
ADC #600740                                                                                               PLAINTIFF

v.                                        4:15CV00331-SWW-JTK

RODNEY WRIGHT, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 19th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE